1  Thomas J. D'Amato - 219174
      (tdamato@mpbf.com)
2  Adam M. Koss - 245465
      (akoss@mpbf.com)
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
5  Fax:   (415) 393-8087

6  Attorneys for Defendants
   JEFFREY BRUCE SPIEGEL AND SPIEGEL
7  ACCOUNTANCY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNADY BARSKY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SPIEGEL ACCOUNTANCY CORPORATION, a California corporation, JEFFREY BRUCE SPIEGEL, an individual,<br><br>    Defendants. | Case No.: 3:14-CV-04957-TEH<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO REMAINING COUNTS IN PLAINTIFF'S COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

Pursuant to Stipulation of the Parties, Defendants JEFFREY BRUCE SPIEGEL and SPIEGEL ACCOUNTANCY CORPORATION's time to respond to the remaining counts in Plaintiff's Complaint shall be extended up to and including March 27, 2015.  The initial case management conference shall be continued to April 27, 2015.  All related dates, including but not limited to those pursuant to Rule 16 and Rule 26, shall run from the new case management conference date.

IT IS SO ORDERED:

Dated:  02/26/2015

By _____
Hon. Thelton E. Henderson
Senior District Judge, United States District
Court, Northern District of California

AMK.20879454.doc

- 1 -