1  Thomas J. D'Amato - 219174
      (tdamato@mpbf.com)
2  Adam M. Koss - 245465
      (akoss@mpbf.com)
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6  Attorneys for Defendants
   JEFFREY BRUCE SPIEGEL AND SPIEGEL
7  ACCOUNTANCY CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | GENNADY BARSKY, an individual,            | Case No.: 3:14-CV-04957-TEH
12 |        Plaintiff,                         | **STIPULATION FOR DISMISSAL**
13 | v.                                        |
14 | SPIEGEL ACCOUNTANCY CORPORATION, a
   | California corporation, JEFFREY BRUCE
15 | SPIEGEL, an individual,                   |
16 |        Defendants.                        |

17
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 1 -
STIPULATION FOR DISMISSAL

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff GENNADY BARSKY and the Defendants SPIEGEL ACCOUNTANCY CORPORATION and JEFFREY BRUCE SPIEGEL, through their respective counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own fees and costs.

Dated: March 27, 2015

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Adam M. Koss
Attorneys for Defendants
JEFFREY BRUCE SPIEGEL AND SPIEGEL ACCOUNTANCY CORPORATION

Dated: March 27, 2015

HENDRICKSMURRY, P.C.

By _____
Geoffrey Murry
Attorneys for Plaintiff
GENNADY BARSKY

AMK.20890454.doc



3/30/2015
IT IS SO ORDERED
Judge Thelton E. Henderson